United States District Court
Southern District of Texas
**ENTERED**
August 05, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUDY ROMO, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-16-729 |
| § | |
| LIBERTY LIFE ASSURANCE COMPANY § | |
| OF BOSTON, § | |
| § | |
| Defendant. § | |

**AMENDED
SCHEDULING AND
DOCKET CONTROL ORDER**

The parties filed a joint motion to modify the docket control and scheduling order. (Docket Entry No. 11). The motion is granted. The disposition of this case will be controlled by the following amended schedule:

1. September 2, 2016 — **DEFENDANT TO FILE MOTION FOR SUMMARY JUDGMENT**

2. September 23, 2016 — **PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FILE CROSS-MOTION FOR SUMMARY JUDGMENT**

3. October 14, 2016 — **DEFENDANT TO FILE RESPONSE TO THE CROSS MOTION**

4. October 27, 2016 — **HEARING AND ORAL ARGUMENT ON CROSS MOTIONS FOR SUMMARY JUDGMENT**
   10:00 A.M. in Courtroom 11-B.

SIGNED on August 5, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge